

FILED JUL 06, 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00282-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| CESAR FONTANELLI-ROJAS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 22, 2020 at the hour of 4:00 p.m., be vacated and continued to September 3, 2020 at the hour of 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 6th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE